UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA L. FLEETWOOD, <br><br> Plaintiff, <br><br> v. <br><br> NANCY BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 5:16-cv-01336-GJS <br><br> [~~PROPOSED~~] **JUDGMENT OF REMAND** |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: January 26, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-